UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JENNIFER SIDERITS, MIA NEWTON,
and RITA GRIFFIN
on behalf of themselves and all others
similarly situated

        Plaintiffs,

v.                                                     Case No. 17-cv-1773-pp

CURATIVE CARE NETWORK, INC.,

        Defendant.

---

**ORDER APPROVING PARTIES' STIPULATION TO
CONDITIONALLY CERTIFY COLLECTIVE ACTION UNDER §216(b)
AND TO AUTHORIZE NOTICE (DKT. NO. 32)**

---

On September 25, 2018, the parties filed a stipulation to conditionally certify a collective action under §216(b) of the Failure Labor Standards Act, and to authorize notice. Dkt. No. 32. The court **APPROVES** the stipulation, dkt. no. 32, and **ORDERS:**

    1.    The court **CONDITIONALLY CERTIFIES** the following class under 29 U.S.C. §216(b):

> Case managers and registered nurses employed by Curative for the My Choice Family Care Program as hourly paid, non-exempt employees who worked in excess of forty (40) hours in any workweek during the representative time period beginning on December 20, 2014 and ending on May 31, 2017 and who were not paid overtime wages for all hours worked in excess of 40.

1

2. The court **APPOINTS** Cross Law Firm SC as Collective Action Counsel for the 29 U.S.C. §216(b) class;

3. The court **APPROVES** the form and content of the proposed Notice of Right to Join Lawsuit, dkt. no. 32-1;

4. Defendants shall, within ten (10) days of the court's order approving this stipulation, provide to Collective Action Counsel in a Microsoft Excel spreadsheet a list identifying all persons known to the defendant to meet the above definition, including their first names, last names, last known street address, last four digits of Social Security number, job title and dates of employment, with each field of information identified above as a separate column.

5. The putative Collective Action members shall be permitted to file Consent to Join forms to assert their FLSA claims in this matter **within 45 days** from the mailing of the Notice of Right to Join Lawsuit by Plaintiffs' Counsel.

Dated in Milwaukee, Wisconsin this 27th day of November, 2018.

          **BY THE COURT:**

          _____
          **HON. PAMELA PEPPER**
          **United States District Judge**