UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JENNIFER SIDERITS, MIA NEWTON
and RITA GRIFFIN,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

    v.                                           Case No. 17-cv-1773-pp

CURATIVE CARE NETWORK, INC.,

                Defendant.

---

**ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT (DKT. NO. 41), APPROVING AWARD OF ATTORNEYS' FEES AND DISMISSING CASE WITH PREJUDICE**

---

On December 11, 2019, the parties filed a Joint Motion to Approve FLSA Settlement, dkt. no. 41, along with a brief explaining why they believe the settlement agreement reflects a reasonable compromise of the disputed issues, dkt. no. 42. The parties attached the settlement agreement to their motion. Dkt. No. 42-1. While the parties have agreed that all issues and controversies in this case have been settled to their mutual satisfaction, they have asked the court to retain jurisdiction to enforce the terms of their settlement agreement under Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994). Dkt. No. 42 at 5-6.

The court **FINDS** that the settlement agreement, dkt. no. 42-1, is fair, reasonable, and reflects a reasonable compromise of *bona fide* disputes between the parties.

The court **GRANTS** the parties' joint motion to approve FLSA settlement. Dkt. No. 41. The court **APPROVES** the settlement agreement at Dkt. No. 42-1.

The court **FINDS** that the plaintiffs have released their overtime claims under 29 U.S.C. §§201, *et seq.*, Wis. Stat. §§104.001, *et seq.*, 109.01, *et seq.*, and Wis. Admin. Code §§ DWD 272.001, *et seq.*, 274.01, *et seq.*

The court **FINDS** that plaintiff's counsel's attorneys' fees and costs are reasonable. The court **AWARDS** Cross Law Firm S.C. $23,515.33 in attorneys' fees and $575 in costs.

The court **ORDERS** defendant Curative Care Network, Inc. to make settlement payments totaling $70,546 in the amount and manner described in the settlement agreement, dkt. no. 42-1, and in Exhibit A to the Declaration of Mary C. Flanner, dkt. no. 43-1.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE.** The court **ORDERS** that it retains jurisdiction for the purpose of enforcing the terms of the settlement agreement.

Dated in Milwaukee, Wisconsin this 16th day of December, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**