UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JENNIFER SIDERITS,
MIA NEWTON, and RITA GRIFFIN,
on behalf of themselves and all others similarly situated,

        Plaintiffs,

   v.

CURATIVE CARE NETWORK,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 17-cv-1773-pp

---

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

      **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $94,636.33 to be allocated as follows: $23,515.33 as attorney fees; $575 as costs; $70,546 to the collective class members as provided in the settlement agreement, dkt. no. 42-1, and in Exhibit A to the declaration of Mary C. Flanner, dkt. no. 43-1.

      **THE COURT ORDERS** that the joint motion for settlement approval is **GRANTED**. Dkt. No. 41.

      **THE COURT RETAINS JURISDICTION** over this case for the purpose of enforcing the settlement agreement.

      **THE COURT ORDERS** that this case is **DISMISSED with prejudice**.

      Approved and dated in Milwaukee, Wisconsin this 16th day of December, 2019.

STEPHEN C. DRIES  
Clerk of Court

*s/ Cary Biskupic*  
(by) Deputy Clerk

BY THE COURT:

HON. PAMELA PEPPER  
**Chief United States District Judge**